In the United States District Court
for the Northern District of West Virginia
Martinsburg

Joan Cicchiello
Individually & on behalf of all
other persons similarly situated

Nichole Pittman
Individually and on Behalf of all
other persons similarly situated

Tiffany Thompson
Individually and on Behalf of all
other persons similarly situated

Katie Salinas
Individually and on Behalf of all
other persons similarly situated

Terra Fetterman
Individually and on Behalf of all
other persons similarly situated

Demenia Hawkins
Individually and on Behalf of All
other persons similarly situated
Petitioners

vs

Colette S. Peters Director Bureau
of Prisons in Her Official Capacity

Warden Lovett and Any/All other Wardens
Hazleton Correctional Complex in
their Individual Capacity

All Staff/Employees in Any/All Unit team Positions
at Hazleton Correctional Complex in their Individual Capacity
Respondents

5:23cv218
Bailey/Mazzone/Prince

5:23cv219
Bailey Mazzone Prince

5:23cv220 Bailey Mazzone
Rubenstein

5:23cv221 Bailey Mazzone
Prince

5:23cv222 Bailey Mazzone
Prince

5:23cv223 Bailey Mazzone
Rubenstein

Class Action Motion to Obtain Maximum Credit Time and Incentives Guaranteed under 18 USC §3632(d)(4) and Bureau of Prison Program Statement #5220.01; Classification Without Due Process By Unit team Determined Ineligible and Charged with False Charges, Requiring Administrative Remedy Process that is Broken. Here at Hazleton Correctional Complex as well as Regional and Central — Denying Access to the Courts

## BACKGROUND

As an inmate coming into the system there is an orientation. This orientation is to familiarize inmates to the various areas. Orientation by the Unit Management Staff is to be completed within 28 days of arrival.

Each inmate is assigned to a housing unit. There are four housing units. There are 64 cells to a housing unit. Two inmates per cell. $K_1$ and $K_2$ are connected by "the Crossover" or Unit Team Area. The same for $J_1$ and $J_2$. In the Crossover Area the Unit Manager, Case Manager, and Unit Secretary is located. One Unit Manager, two Case Managers. The Correctional Counselor is located next to the Crossover. There is a Correctional Counselor for each housing unit.

The Correctional Counselor provides counseling and guidance for the Inmate. The Correctional Counselor also provides BP8, 9, 10, and 11 Tort Claims, mail out for books - personal papers etc. Assign Cells, Roommates Day to Day Problems.

The Case Manager is responsible for all casework services. They are the liaison between the inmate, the Administration and the Community. Communications normally. A unit team staff member is available each day of the week and most evenings until 7 PM —

This is what the Inmate Handbook states. The Reality is a different matter. Counselors are not always accessible — they are here, lights on but the door is closed to the inmate. Counselors, some, have one hour per week after 6 AM count and it is only until 7 AM - this is Breakfast Main line. Case Managers are the same.

The Unit Manager is available usually on Thursdays during Main line (Lunch Meal) Administration and Unit Manager try to make themselves available during that time Lunch Main Line.

Unless you are called back to "the Crossover" you do not see anyone other than the Counselor. Handbook versus Reality is entirely totally different.

Counselors are accessible if they choose - No Set Times, No Set Days.

2

## INITIAL CLASSIFICATION PROGRAM REVIEW

With the FSATC and Incentives to Inmates the goal is to move closer to Home, Camp Status, Early Release with maintaining Low/min standing. Some inmates at SFF Hazleton, who want to go to Halfway House or Camp Learn by trial and error that During the Classification Process - they have Detainers, Warrants and or "Holds" Placed Against them - Some Inmates Have been Labled as "Escape Risks", "Sex Offender" or "Administrative Holds" placed Against them - See Jessica Dixon's Affidavit and Documentation See Joan Cicchiello's Affidavit + FSA Recidivism Risk Assessment These Labels are placed in the computer System Here at SFF Hazleton In Cicchiello's Regional Administrative Remedy Appeal it states "Upon Review your FTC worksheet was updated March 26, 2023 You have 365 days of FTC towards your Release and 100 days towards RRC/HC at this time." - they Do not know that "Escape Risk" is stopping Her from going to Halfway House - Cicchiello was Never charged. or had time added to Her Sentence for Escape.

- Jessica Dixon Co Defender is currently serving his time at a Federal Camp while she is here behind a fence at SFF Hazleton
- Management Variables are placed unbeknownst to Inmates unless you ask to transfer move closer to Home and/or Halfway House

## ACCESS TO THE COURTS

If you are fortunate to "Jump through the hurdles" placed before You with the Administrative Remedies Such as: Receiving the BP's * Giving the BP's to you with enough time to Submit - Getting forms Returned - Having the mail sent out to Regional, Central or to the Courts. then you have the goal to Submit to the Courts the Hurdles Placed on the Inmate at SFF Hazleton are as follows - See Next Page for. Administrative Remedy Access to the Courts

INITIAL CLASSIFICATION PROGRAM REVIEW

For Program Statement
OPI: CPD/CPB
Number: 5410.01
Date: November 18, 2022

First Step Act of 2018 - Time Credits: Procedures For Implementation of 18 USC § 3632(d)(4)

523.40 Purpose.

(a) The Purpose of this Subpart is to Describe procedures for earning and Application of Time Credits as Authorized by 18 USC 3632(d)(4) and Section 101 of the First Step Act of 2018 Pub L 115-391 December 21, 2018 132 Stat 5194 FSA) hereafter Referred to as FSA Time Credits or Time Credit.

(4) Determination of Eligibility At the Initial Classification, the Unit team will Conduct a Review of the Inmates Current conviction As well as Prior Criminal Conviction to Determine the Inmate's Eligibility to Earn FTC

The Unit Team Here At Secure Facility Female Hazleton (SFF Hazleton) At that time has the Ability AND Does. Determine Whether an Inmate has Any "Violent Behaviors and or tendencies" They Label Inmates As Having Escape Risk Sex Offenders History of Violence that may be Years (10+ 7) they Review the Presentencing Investigation Report (PSR) And if Acquited by a court they Place then on Your Risk and Needs Assessment. This Affects FSA Credits, Programing Halfway hous Teansfers etc. If You Go through the Administrative Remedy they Still Do Not Change it they then place "Administrative Variable" on that Particular Inmate Determine

## First Step Act 2018
### 18 USC § 3632(d)(4)

First Step Act went into effect December 21, 2018

All Inmates except those with Specific Conviction are eligible. "Serious Violent Felony"

FSA Time Credit is Awarded from December 2018.

FSA Time Credit Does Not Go by Unit Team Deciding and Determining if an inmate is Ineligible or Eligible

FSA Time Credit Does Not Go by High Risk Assessment
- Determined by the Unit Team
- Inmates are told ineligible - Scores too High
- Inmates are told if they Do Not Go into the Fit Program they will Loose what FSA Credit time they Currently Have and Inmates will Loose Future FSA Credit time

FSA Time Credit is Currently Not Affected by Financial Responsibility. Federal Register. Vol 88 No 6/ Tuesday January 10, 2023 Published Proposed Rule

FSA Time Credit is 15 Days Per month if An Inmate
- Works
- Programs
- Is on List to Program
- Meets Evidence-Based Recidivism Reduction (EBRR) Activities/Program

FSA Time Credit Here at Hazleton Correctional Complex
- Is inaccurate.
- Does Not Give 15 Days per month
- Incentives Does Not match BOP FSA Incentives

WHEREFORE we At Hazleton Correctional Complex Request the Following:

1) **First Step Act**
- Allow Inmates to Receive Full First Step Act Credit time 15 Days per month As Stated by the United States Congress
- FRP Refusal went into effect 1/1/2023 - Denying FSA Credit time Prior is not Policy
- Allow Half Way House. Maximum time for Re-entry back into Society (18 months)
- We Have Credits and Are Not Allowed to use them
- Allow Full First Step Act Incentives As outlined by their Policy See Attached Program Statement.
- Per Policy "Awarded when Inmates Successfully Complete enroll or participate in Recommended Programs or activities"

2) **Due Process** - Denied on Initial Classification
Denied Due Process on Initial Team - Charges, Claims Are Placed in Personal File. When Challenged with Administrative Remedy An Administrative Variable is Placed to keep you Here Stop this

3) **Administrative Remedy**
- Follow Policy And Procedure
- If Policy And Procedure Not Followed Courts Need to: 1) Intervene And 2) Make Decisions 3) Not Dismiss when brought to this Honorable Court. 4) Realize Administrative Remedy is Broken here At Hazleton Correctional Complex
- through this motion I pray that the Director of Bureau of Prisons on All Levels of the Process Local - Regional As well As Central
- Follow Policy AND Procedure

Respectfully + Humbly Submitted  Duffay Thompson
Thank You    N. Pudin
                      D.M.

In the United States District Court
For the Northern District of Wheeling WVa
Martinsburg

Joan Gabrielle et al
    Petitioners
vs
Colette S Peters et al,
    Respondents

## Certificate of Service

And on June 4, 2023 Petitioner Sent via 1st Class mail to:

US Attorney Palmer
PO Box 591
1125 Chapline St
Suite 3000
Wheeling WV
26003.

For Respondents - At Hazleton Correctional Complex

Respectfully Submitted

*[signature]*