# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# Wheeling

**JOAN CICHIELLO,** individually and on
Behalf of all other persons similarly
situated,

    Petitioner,

v.                     **Civil Action No. 5:23-CV-218**
                        Judge Bailey

**COLLETE S. PETERS**, Director Bureau of
Prisons in her official capacity, **WARDEN
LOVETT AND ANY/ALL OTHER
WARDENS HAZLETON CORRECTIONAL
COMPLEX,** and **ALL STAFF/EMPLOYEES
IN ANY ALL UNIT TEAM POSITION AT
CORRECTIONAL COMPLEX,**

    Respondents.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On June 7, 2023, the *pro se* petitioner, along with five other individuals, filed a *pro se* filing styled as a "Class Action Motion." Because the motion appeared to challenge procedures implemented as part of the First Step Act, the motion was construed as a petition under 28 U.S.C. § 2241 and separated into separate cases for each petitioner. Because the filing was not on a court-approved form, the Clerk of Court issued petitioner a Notice of Deficient Pleading and Intent to Dismiss [Doc. 2], informing petitioner that she must refile on the court-approved form within thirty days or this case would be dismissed. Service of the Notice was accepted on June 12, 2023.

To date, thirty-five days later, the petitioner has not re-filed her petition nor requested additional time to do so. Accordingly, pursuant to the Federal Rules of Civil Procedure 41(b), it is hereby **ORDERED** that this action be **DISMISSED WITHOUT**

**PREJUDICE**. The Clerk is **DIRECTED** to **STRIKE** this action from the active docket of this Court.

The Clerk of the Court is directed to mail a copy of this Order to the *pro se* petitioner by certified mail, return receipt requested, to her last known address as reflected on the docket sheet.

**DATED:** July 17, 2023.

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**